León et al., Plaintiffs and Respondents, v. Brusi, Municipal Judge, Defendant and Appellant.

Appeal from the District Court of Arecibo in *Certiorari* Proceedings in an Action of Unlawful Detainer.

Motion of the Respondents for Dismissal of the Appeal for Failure to Bring the Same Within the Time Fixed by Law.

No. 1223.—Decided November 20, 1914.

Appeal—Certiorari.—*Certiorari* is a special proceeding, within the meaning of subdivision 1 of section 295 of the Code of Civil Procedure, as amended by the Act of March 11, 1908, and an appeal may be taken to the Supreme Court from a final judgment of the district court within thirty days. The appeal will not be dismissed because it was not taken within ten days after notice of judgment.

The facts are stated in the decision.

*Messrs. Rafael López Landrón* and *Juan Gregory* for the respondents.

The appellant filed a brief *pro se.*

. DECISION.

Whereas, The respondent has filed a motion in this court for the dismissal of the appeal in the above-entitled case for the reason that the notice of appeal from the final judgment was filed 26 days after the rendition thereof;

Whereas, Subdivision 1 of section 295 of the Code of Civil Procedure, as amended by the Act of March 11, 1908, provides that appeals may be taken to the Supreme Court from judgments of the district courts in actions or special proceedings within one month after the entry of judgment;

Whereas, An application for a writ of *certiorari* is a special proceeding within the meaning of the said subdivision, as has been held by this court in the case of *American R. R. Co. of P. R.* v. *Municipal Court,* 16 P. R. R., 227.

THEREFORE, The notice of appeal having been filed within the time prescribed by the said subdivision, the motion of the respondents for dismissal of this appeal is overruled.

*Motion overruled.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.